UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| In the Matter of<br>WODDROW EDWARDS,<br><br>Plaintiff,<br>v.<br><br>KUL B. SOOD, M.D., CORRECT CARE SOLUTIONS,LLC, A FOREIGN CORPORATION, OFFICE OF THE SHERIFF OF WILL COUNTY, ILLINOIS, PAUL J. KAUPAS, AS SHERIFF OF WILL COUNTY, ,ILLINOIS, VARIOUS SHERIFF'S DEPUTIES/PERSONNEL presently known only as JOHN/JANE DOES, and WILL COUNTY, A BODY POLITIC,<br><br>Defendants. | Case<br><br>No.   08 CV 2478<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
OFFICE OF THE SHERIFF OF WILL COUNTY, ILLINOIS
PAUL J. KAUPAS, as SHERIFF of WILL COUNTY, ILLINOIS

| SIGNATURE<br><br>s/Dominick L. Lanzito |  |
|---|---|
| FIRM<br><br>Querrey & Harrow, Ltd. | |
| STREET ADDRESS<br><br>175 West Jackson Boulevard, Suite 1600 | |
| CITY/STATE/ZIP<br><br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6277856 | TELEPHONE NUMBER<br>312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES      NO  X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL                                  APPOINTED COUNSEL | |

50645

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WOODROW EDWARDS,              )<br>                                            )<br>         Plaintiff,                      )<br>                                            )<br>    Vs.                                   )<br>                                            )<br>KUL B. SOOD, M.D.; CORRECT CARE  )<br>SOLUTIONS, LLC. A FOREIGN         )<br>CORPORATION; OFFICE OF THE       )<br>SHERIFF OF WILL COUNTY, ILLINOIS; )<br>PAUL J. KAUPAS, AS SHERIFF OF WILL )<br>COUNTY, ILLINOIS; VARIOUS SHERIFF'S )<br>DEPUTIES/PERSONNEL presently known )<br>only as JOHN/JANE DOES; and WILL    )<br>COUNTY, A BODY POLITIC,             )<br>                                            )<br>         Defendants.                   ) | No.  08 CV 2478<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |

### NOTICE OF FILING

To:   All Counsel of Record
      (See attached Service List)

    PLEASE TAKE NOTICE THAT on May 1, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, our Appearance on behalf of **Defendants, PAUL J. KAUPAS, SHERIFF OF WILL COUNTY and WILL COUNTY**.

                  By:   s/Dominick L. Lanzito
                          Dominick L. Lanzito
                          Querrey & Harrow, Ltd.
                          175 West Jackson Blvd., Suite 1600
                          Chicago, IL  60604-2827
                          (312) 540-7000
                          I.D. #6277856

## **PROOF OF SERVICE**

I, Dominick L. Lanzito, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorneys on May 1, 2008.

[x]     Under penalties as provided by law pursuant
        to ILL. REV. STAT CHAP. 110, SEC. 1-109,
        I certify that the statements set forth herein
        are true and correct.

                                        s/Dominick L. Lanzito

50645-DFG

*Woodrow Edwards v. Kul B. Soon, M.D., Correct Care Solutions, LLC, a foreign corporation, Office of the Sheriff of Will County, Illinois, Paul J. Kaupas, as Sheriff of Will County, Illinois, Various Sheriff's Deputies/Personnel, presently known only as John/Jane Does, and Will County, a body politic*

No. Dist. Case No.:        08 CV 2478
Will County Court No.:     08 L 234

## SERVICE LIST

**Attorneys for Plaintiff, Woodrow Edwards**
Timothy D. Quinn, Esq.
Law Offices of Parente & Norem, P.C.
221 N. LaSalle St., #2700
Chicago, IL 60601
Telephone:   312/641-5926
Fax:         312/641-5929

Law Office of Jeff Tomzcak
Two Rialto Square Building
116 N. Chicago St., #500
Joliet, IL 60432
Telephone:   815/723-4400

**Attorneys for Kul B. Sood and Correct Care Solutions**
Robert L. Nora, Esq.
McBreen, Kopko, McKay & Nora
20 N. Wacker Drive
Chicago, IL 60606
Telephone:   312/332-2440
Fax:         312/332-2657

Document #: 1324301