# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

| | |
|---|---|
| In the Matter of<br>WODDROW EDWARDS,<br>　　　　　　　　　Plaintiff,<br>　　　v.<br><br>KUL B. SOOD, M.D., CORRECT CARE SOLUTIONS,LLC,<br>A FOREIGN CORPORATION, OFFICE OF THE SHERIFF OF<br>WILL COUNTY, ILLINOIS, PAUL J. KAUPAS, AS SHERIFF<br>OF WILL COUNTY, ,ILLINOIS, VARIOUS SHERIFF'S<br>DEPUTIES/PERSONNEL presently known only as<br>JOHN/JANE DOES, and WILL COUNTY, A BODY POLITIC,<br><br>　　　　　　　　　Defendants. | Case<br><br><br><br>No. 08 CV 2478<br><br>Judge Pallmeyer<br><br>Magistrate Judge Valdez |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**OFFICE OF THE SHERIFF OF WILL COUNTY, ILLINOIS;**
**PAUL J. KAUPAS, as SHERIFF of WILL COUNTY, ILLINOIS; and WILL COUNTY**

| **SIGNATURE**<br><br>s/David J. Flynn | |
|---|---|
| **FIRM**<br><br>Querrey & Harrow, Ltd. | |
| **STREET ADDRESS**<br><br>175 West Jackson Boulevard, Suite 1600 | |
| **CITY/STATE/ZIP**<br><br>Chicago, IL 60604 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6204228 | **TELEPHONE NUMBER**<br>312/540-7000 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?　　YES　　　　NO  X** ||
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES　　　　NO  X** ||
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?　　　YES　　　　NO  X** ||
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?**<br>**YES　　　NO  X** ||
| **IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.**<br><br>**RETAINED COUNSEL　　　　　　　　　　　APPOINTED COUNSEL** ||