**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WOODROW EDWARDS,** | ) |
| | ) |
|     **Plaintiff,** | ) No:      08CV2478 NF |
| | ) |
| vs. | ) Judge:   JUDGE PALLMEYER |
| | ) |
| **KUL B. SOOD, M.D.; CORRECT CARE** | ) Magistrate:  JUDGE VALDEZ |
| **SOLUTIONS, LLC. A FOREIGN** | ) |
| **CORPORATION; OFFICE OF THE** | ) |
| **SHERIFF OF WILL COUNTY, ILLINOIS;** | ) |
| **PAUL J. KAUPAS, AS SHERIFF OF WILL** | ) |
| **COUNTY, ILLINOIS; VARIOUS SHERIFF'S** | ) |
| **only as JOHN/JANE DOES; and WILL** | ) |
| **COUNTY, A BODY POLITIC,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO REMAND

NOW COMES the Plaintiff, WOODROW EDWARDS, by his attorneys Parente & Norem, PC, and moves for an order remanding this cause to the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois. In support of the Motion, Plaintiff states:

1. On April 30, 2008, the defendants "Paul Kaupas, Sheriff of Will County, and Will County," only, filed a Notice of Removal of this case from State Court to this Court.

2. The defendant Correct Care Solutions was served with Summons/Complaint on April 11, 2008 (Ex. 1); on April 22, 2008, an appearance of counsel on behalf of Correct Care and its employee, Kul B. Sood, was filed in the state court. (Ex. 2)

3. The defendants Correct Care Solutions and Kul Sood have not joined in, consented to, or filed their own, Notice of Removal.

4. Defendants Correct Care/Sood are not "nominal parties" in this case.

5. The Notice of Removal does not explain why the defendants Correct Care/Sood have not joined in or consented to the Removal.

6. Although 28 U.S.C. §1331 may provide this Court with "original jurisdiction" of

      Plaintiff's §1983 claims, 28 U.S.C. §1331 does not provide for Removal. Rather, Removal is permissible only pursuant to 28 U.S.C. §1441, if the Notice of Removal is timely. 28 U.S.C. §1446.

7.     All defendants must sign or consent to the §1441 Notice of Removal. This has not been done. The Notice is defective, and Remand is thus required. 28 U.S.C. §1447( c ); <u>Northern Illinois Gas Co. vs. Airco</u>, 676 F.2$^d$ 270 (7th Cir. 1982); <u>Midlock vs. Apple Vacations</u>, 406 F.3$^d$ 453, 455 (7th Cir. 2005) (All defendants must join in the removal, "though the statute does not say so").

    WHEREFORE, plaintiff prays that this court enter an order remanding this cause to the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois.

                      By: <u>/s/ Christopher J. Johnson</u>

**THE LAW OFFICES OF**
**PARENTE & NOREM, P.C.**
**221 NORTH LASALLE STREET**
**SUITE 2700**
**CHICAGO, ILLINOIS 60601**
**(312) 641-5926**
**ATTORNEY NO.: 31556**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WOODROW EDWARDS, | ) |
| | ) |
| Plaintiff, | ) No:      08CV2478 NF |
| | ) |
| vs. | ) Judge:      JUDGE PALLMEYER |
| | ) |
| KUL B. SOOD, M.D.; CORRECT CARE SOLUTIONS, LLC. A FOREIGN CORPORATION; OFFICE OF THE SHERIFF OF WILL COUNTY, ILLINIOS; PAUL J. KAUPAS, AS SHERIFF OF WILL COUNTY, ILLINOIS; VARIOUS SHERIFF'S only as JOHN/JANE DOES; and WILL COUNTY, A BODY POLITIC, | ) Magistrate:  JUDGE VALDEZ ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:    *SEE ATTACHED SERVICE LIST*

**KINDLY TAKE NOTICE** that on the 9th day of JUNE, 2008, at 8:45 A.M., I will appear before the Honorable Judge REBECCA PALLMEYER in room 2119 of the Dirksen Federal Courthouse, and then and there present the Plaintiff's motion to remand, a copy of which is attached hereto and hereby served upon you.

/s/ Christopher J. Johnson

PARENTE & NOREM, P.C.
221 North LaSalle Street
27th Floor
Chicago, Illinois  60601
(312) 641-5926
Firm I.D. No. 31556

### CERTIFICATION OF SERVICE

I, the undersigned, an attorney, state that I served this notice together with the aforesaid document, as listed above, via ECF and by mailing a copy of same to the above-named individual at their respective address indicated above and depositing same in the U.S. Post Box at 221 North LaSalle Street, Chicago, Illinois this 30th day of MAY, 2008, with proper postage prepaid. Under penalties provided by law, I certify that the statements set forth herein are true and correct.

/s/ Christopher J. Johnson

## SERVICE LIST

ROBERT L. NORA ESQ.
MCBREEN, KOPKO, MCKAY & NORA
20 N. WACKER DRIVE
CHICAGO, IL 60606

LAW OFFICE OF JEFF TOMZCAK
TWO RIALTO SQUARE BUILDING
116 N. CHICAGO ST., # 500
JOLIET, IL 60432

ROGER LITTMAN AND DOMINICK L. LANZITO
QUERREY & HARROW, LTD.
175 WEST JACKSON BLVD.
SUITE 1600
CHICAGO, IL 60604-2827

RLN/dms                                   02040-8005

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| WOODROW EDWARDS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 08 L 234 |
| ) | |
| KUL B. SOOD, M.D., CORRECT CARE ) | |
| SOLUTIONS, LLC, a Foreign Corporation, ) | |
| OFFICE OF THE SHERIFF OF WILL ) | |
| COUNTY, ILLINOIS, PAUL J. KAUPAS, ) | |
| AS SHERIFF OF WILL COUNTY, ) | |
| ILLINOIS, VARIOUS SHERIFF'S ) | |
| DEPUTIES/PERSONNEL PRESENTLY ) | |
| KNOWN ONLY AS JOHN/JANE DOES, ) | |
| and WILL COUNTY, A BODY POLITIC, ) | |
| ) | |
| Defendants. ) | |

FILED 08 APR 22 PM 12:05
CLERK CIRCUIT COURT
WILL COUNTY, ILLINOIS

## APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance of the Defendants,

**KUL B. SOOD, M.D. and CORRECT CARE SOLUTIONS, LLC.**

Defendants demand trial by Jury.

_____
ROBERT L. NORA

Name:           McKay, Nora & Tanzillo, LLP
Attorney for:   Defendants
Address:        10 South LaSalle Street, Ste. 2700
City:           Chicago, Illinois 60603
Telephone:      (312) 650-7900

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

_____
ROBERT L. NORA
Attorney for Defendants

EXHIBIT 2

3

STATE OF ILLINOIS)
)SS
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

**08 L 234**

WOODROW EDWARDS

VS

CASE NO:_____

KUL B. SOOD, M.D., et al.

RECEIVED
APR 0 2 2008
SHERIFF'S OFFICE
RECORD SECTION

**SUMMONS**

To each defendant:
CORRECT CARE SOLUTIONS LLC
c/o Paracorp Incorporated, Registered Agent
1 West State Capital Plaza 805
Springfield, IL 62701   2501 CHATHAM

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court located in the Will County Courthouse, Building, Room 212,
14 West Jefferson Street   Joliet, Illinois 60432, Illinois within 30 days after service
(Address)         (City)                                                       of this summons, not
counting the day of service. **IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.**

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned to endorsed.

This summons may not be served later than 30 days after its date.

WITNESS:_____, 20 08    MAR 2 4 2008

(Seal of Court)
_____
PAMELA J. McGUIRE
Clerk of the Circuit Court
BY:_____
(Deputy)

(Plaintiff's Attorney or Plaintiff if he is not represented by an Attorney)
NAME: The Law Office of Parente & Norem, P.C.
ARDC#_____
Attorney for: Plaintiff(s)
Address: 221 North LaSalle Street
City: Chicago, Il 60601
Telephone: (312) 641-5926

EXHIBIT
1

4/11/08

302993



# SANGAMON COUNTY SHERIFFS OFFICE
*"Keeping the Peace Since 1821"*

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, GARY DOUGHERTY, certify that I served this summons as follows:

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ **Other service**, as described below.

Case Number: 08 L 234
Name of defendant: CORRECT CARE SOLUTIONS
Name of other person Summons left with: DAVID WEBER
Sex (M/F): M   Race: W   Approx. age: 50
Date of Service: 4/11/08   Time: 2:00 p.
Date of Mailing: _____
Address at which paper was served:
2501 CHATHAM RD.

Service fees $30.00

Neil Williamson, Sheriff of Sangamon County

By: _(signature) Gary Dougherty_, Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY