**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **WOODROW EDWARDS,** | ) |
| | ) |
| **Plaintiff,** | ) No:    **08CV2478 NF** |
| | ) |
| **vs.** | ) Judge:    **JUDGE PALLMEYER** |
| | ) |
| **KUL B. SOOD, M.D.; CORRECT CARE** | ) Magistrate:  **JUDGE VALDEZ** |
| **SOLUTIONS, LLC. A FOREIGN** | ) |
| **CORPORATION; OFFICE OF THE** | ) |
| **SHERIFF OF WILL COUNTY, ILLINIOS;** | ) |
| **PAUL J. KAUPAS, AS SHERIFF OF WILL** | ) |
| **COUNTY, ILLINOIS; VARIOUS SHERIFF'S** | ) |
| **only as JOHN/JANE DOES; and WILL** | ) |
| **COUNTY, A BODY POLITIC,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE OF MOTION**

TO:    *SEE ATTACHED SERVICE LIST*

**KINDLY TAKE NOTICE** that on the 9th day of JUNE, 2008, at 8:45 A.M., I will appear before the Honorable Judge REBECCA PALLMEYER in room 2119 of the Dirksen Federal Courthouse, and then and there present the Plaintiff's motion to remand, a copy of which is attached hereto and hereby served upon you.

/s/ Christopher J. Johnson

PARENTE & NOREM, P.C.
221 North LaSalle Street
27th Floor
Chicago, Illinois  60601
(312) 641-5926
Firm I.D. No. 31556

**CERTIFICATION OF SERVICE**

I, the undersigned, an attorney, state that I served this notice together with the aforesaid document, as listed above, via ECF and by mailing a copy of same to the above-named individual at their respective address indicated above and depositing same in the U.S. Post Box at 221 North LaSalle Street, Chicago, Illinois this 30th day of MAY, 2008, with proper postage prepaid. Under penalties provided by law, I certify that the statements set forth herein are true and correct.

/s/ Christopher J. Johnson

## SERVICE LIST

ROBERT L. NORA ESQ.
MCBREEN, KOPKO, MCKAY & NORA
20 N. WACKER DRIVE
CHICAGO, IL 60606

LAW OFFICE OF JEFF TOMZCAK
TWO RIALTO SQUARE BUILDING
116 N. CHICAGO ST., # 500
JOLIET, IL 60432

ROGER LITTMAN AND DOMINICK L. LANZITO
QUERREY & HARROW, LTD.
175 WEST JACKSON BLVD.
SUITE 1600
CHICAGO, IL 60604-2827