IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WOODROW EDWARDS, | ) |
| Plaintiff, | ) |
| Vs. | ) |
| KUL B. SOOD, M.D.; CORRECT CARE SOLUTIONS, LLC. A FOREIGN CORPORATION; OFFICE OF THE SHERIFF OF WILL COUNTY, ILLINOIS; PAUL J. KAUPAS, AS SHERIFF OF WILL COUNTY, ILLINOIS; VARIOUS SHERIFF'S DEPUTIES/PERSONNEL presently known only as JOHN/JANE DOES; and WILL COUNTY, A BODY POLITIC, | )   No. 08 C 2478<br>)<br>)   Judge Rebecca R. Pallmeyer |
| Defendants. | ) |

**DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

NOW COME the Defendants, PAUL J. KAUPAS, SHERIFF OF WILL COUNTY, and WILL COUNTY, by their attorneys QUERREY & HARROW, LTD., and KUL B. SOOD, M.D. and CORRECT CARE SOLUTIONS, LLC, by and through their attorneys, MCKAY, NORA & TANZILLO, LLP, and for their joint response to Plaintiff's Motion to Remand state as follow:

1. On April 30, 2008, Defendants, Paul J. Kaupas, Sheriff of Will County and Will County filed a motion to remand this matter to the Northern District of Illinois based on the fact that Plaintiff brings claims, over which this Court has original jurisdiction.

2. It is undisputed by the parties that this Court has original jurisdiction over the Section 1983 federal claims in this matter.

3.  Attorneys for Correct Care Solutions and Kul B. Sood, M.D. and Correct Care Solutions, LLC also agree that this matter belongs in federal court based on the nature of plaintiff's claims.

4.  All counsel of record for defendants agree removal is appropriate and necessary based on Plaintiff's allegations as required.  Thus, contrary to Plaintiff's assertions, there are no basis to say that removal in inappropriate based on the notice.

5.  Moreover, there is no prejudice to the parties if this matter is transferred to this Court and any and all purported defect has been cured based on the fact that all defendants agreed that removal is appropriate.

6.  As a practical matter, Plaintiff has named unknown individuals in this lawsuit.  Presumably, Plaintiff will name the individuals at some time in the very near future, otherwise the statute of limitations would likely bar any claims against these individuals.  As a matter of right, these individuals would have a right to remove this matter based on the federal claims contained in Plaintiff's complaint.  Therefore, this motion would only delay the inevitable, prolong any disposition in this matter, and result in an inefficient use of judicial resources.

WHEREFORE, the Defendants respectfully request that this Court deny Plaintiff's Motion to Remand and enter an order removing the above-entitled action pending in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, Case No.: 08 L 234, to this Honorable Court.

Respectfully Submitted,

| PAUL J. KAUPAS, SHERIFF OF WILL COUNTY and WILL COUNTY | KUL B. SOOD, M.D. and CORRECT CARE SOLUTIONS LLC |
|---|---|
| By: __s/Daniel F. Gallagher__<br>    One of Defendants' Attorneys | By: __s/Robert L. Nora__<br>    One of Defendants' Attorneys |

Daniel F. Gallagher
Paul O'Grady
David Flynn
Dominick L. Lanzito
QUERREY & HARROW, LTD.
175 W. Jackson Blvd., #1600
Chicago, IL 60604
Telephone:     312/540-7000

Robert L. Nora
McKay, Nora & Tanziollo, LLP
10 South LaSalle Street
Suite 2700
Chicago, IL  60603
Telephone:  (312) 650-7900