50645

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WOODROW EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | No.  08 CV 2478 |
| ) | |
| KUL B. SOOD, M.D.; CORRECT CARE ) | |
| SOLUTIONS, LLC. A FOREIGN ) | Judge Pallmeyer |
| CORPORATION; OFFICE OF THE ) | |
| SHERIFF OF WILL COUNTY, ILLINOIS; ) | Magistrate Judge Valdez |
| PAUL J. KAUPAS, AS SHERIFF OF WILL ) | |
| COUNTY, ILLINOIS; VARIOUS SHERIFF'S ) | |
| DEPUTIES/PERSONNEL presently known ) | |
| only as JOHN/JANE DOES; and WILL ) | |
| COUNTY, A BODY POLITIC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

To:   All Counsel of Record
      (See attached Service List)

     PLEASE TAKE NOTICE THAT on June 5, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S MOTION TO REMAND**.

                        By:    s/Daniel F. Gallagher
                                 Daniel F. Gallagher
                                 Querrey & Harrow, Ltd.
                                 175 West Jackson Blvd., Suite 1600
                                 Chicago, IL  60604-2827
                                 (312) 540-7000
                                 I.D. #0905305

## **PROOF OF SERVICE**

I, Daniel F. Gallagher, depose and state that I served this Notice, together with the documents herein referred via e-filing to the above-named attorneys on June 5, 2008.

[x]    Under penalties as provided by law pursuant
       to ILL. REV. STAT CHAP. 110, SEC. 1-109,
       I certify that the statements set forth herein
       are true and correct.

                                                                  s/Daniel F. Gallagher

50645-DFG

*Woodrow Edwards v. Kul B. Soon, M.D., Correct Care Solutions, LLC, a foreign corporation, Office of the Sheriff of Will County, Illinois, Paul J. Kaupas, as Sheriff of Will County, Illinois, Various Sheriff's Deputies/Personnel, presently known only as John/Jane Does, and Will County, a body politic*

No. Dist. Case No.:	08 CV 2478
Will County Court No.:	08 L 234

## SERVICE LIST

**Attorneys for Plaintiff, Woodrow Edwards**
Timothy D. Quinn, Esq.
Law Offices of Parente & Norem, P.C.
221 N. LaSalle St., #2700
Chicago, IL 60601
Telephone:	312/641-5926
Fax:	312/641-5929

Law Office of Jeff Tomzcak
Two Rialto Square Building
116 N. Chicago St., #500
Joliet, IL 60432
Telephone:	815/723-4400

**Attorneys for Kul B. Sood and Correct Care Solutions**
Robert L. Nora, Esq.
McKay Nora & Tanzillo
10 S. LaSalle
Suite 2700
Chicago, IL 60603
Telephone:	312/650-7900
Fax:	312/650-7910
E-mail:	rnora@mckaynora.com

Document #: 1333200