## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer　*RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2478 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Woodrow Edwards vs. Kul B. Sood, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion to remand [14] granted. Case is remanded to the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois. Status hearing set for 6/19/2008 stricken.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|